**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                              :
    **Kerry Lynn Stiffler**                      :   Case No. 11-60167
                                                 :   Chapter 13
                                  Debtor.        :   Judge Preston

**NOTICE OF CHANGE OF ADDRESS FOR DEBTOR**

    Now comes Debtor, Kerry Lynn Stiffler, by and through counsel, and notifies the Court as to a change in address from that listed in the petition, to the following, effective immediately:

        Kerry Lynn Stiffler
        215 S. 9th Street, Lot 46A
        Byesville, Ohio 43723

        Respectfully submitted,

        /s/ Crystal I. Zellar
        Crystal I. Zellar  (#0038785)
        Shelley E. Hibburt  (#0091736)
        **Zellar & Zellar, Attorneys at Law, Inc.**
        720 Market Street
        Zanesville, Oh 43701
        Telephone: (740) 452-8439
        Facsimile: (740) 450-8499
        mail@ZellarLaw.com
        Counsel for Debtors

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 25, 2016**, a copy of the foregoing **Notice of Change of Address of Debtor** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

    US Trustee                       Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Kerry Lynn Stiffler
215 S. 9th Street, Lot 46A
Byesville, Ohio 43723

        /s/ Crystal I. Zellar
        Crystal I. Zellar (#0038785)
        Shelley E. Hibburt  (#0091736)
        **Zellar & Zellar, Attorneys at Law, Inc.**
        Counsel for Debtors